IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

TONY RAY ORMS,                          )
                                        )
                    Petitioner,         )
                                        )
v.                                      )          Case No. CIV-06-1424-D
                                        )
JOSEPH D. SCIBANA, Warden,              )
                                        )
                    Respondent.         )

## J U D G M E N T

Upon review of the file, and noting no timely objection to the findings and recommendation of United States Magistrate Judge Bana Roberts issued pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the Court adopts the Report and Recommendation [Doc. No. 14] in its entirety. For the reasons stated therein, the Court finds that Petitioner is not entitled to have additional time credited to his federal sentence pursuant to 18 U.S.C. § 3585(b). Therefore, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is denied.

Entered this 27th day of June, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE